**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARTIN JACINTO-FACIO,

      Petitioner,

v.　　　　　　　　　　　　　　　　　No. 2:26-cv-00956-DHU-JMR

WARDEN, Otero County Processing Center;
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, U.S. Department
of Homeland Security; and PAMELA BONDI,
U.S. Attorney General,

      Respondents,

**<u>ORDER APPOINTING COUNSEL</u>**

THIS MATTER is before the Court following its Order Directing Amendment and Second Order Directing Amendment. Docs. 4, 9. On March 30, 2026, Petitioner filed a Petition for Writ of Habeas Corpus ("Habeas Petition") seemingly challenging his immigration detention. Doc. 1. In the Habeas Petition, however, Petitioner provided very little information regarding his immigration history and did not raise any claims for relief. *Id.* at 2, 6-7. Instead, he left the section under each ground for relief blank or wrote "N/A." *Id.*

On April 2, 2026, this Court directed Petitioner to file an Amended Habeas Petition including more details about the status of any immigration petitions, what immigration process, if any, he had received so far, and the outcome of any immigration proceedings. *Id.* at 2.

From April 14 to June 12, 2026, Petitioner filed four letters and appendices that describe his arrest and attach filings from the immigration court. *See* Docs. 5-8.

On June 18, 2026, this Court once again directed Petitioner to file an Amended Habeas Petition including more details. Doc. 9.

Given that Petitioner is finding it difficult to prepare and file an Amended Habeas Petition, the Court finds that good cause exists for appointment of counsel in this case.

**IT IS THEREFORE ORDERED** that the Office of the Federal Public Defender, Amanda Skinner, be appointed to represent Petitioner Martin Jacinto-Facio in this case.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

2